**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| SHAWNTELLE E.,[1]<br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>*Commissioner of the Social Security Administration*,<br>Defendant. | ) | Civil Action No. 3:25-CV-501 (RCY) |

**ORDER**
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Objection of Plaintiff is OVERRULED;
2. The Report and Recommendation of the Magistrate Judge (ECF No. 15) is ACCEPTED and ADOPTED;
3. Plaintiff's Motion for Summary Judgment (ECF No. 11) is GRANTED;
4. Defendant's Motion for Summary Judgment (ECF No. 13) is DENIED;
5. The final decision of the Commissioner is REVERSED;
6. This matter be REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and the Magistrate Judge's Report and Recommendation; and
7. Final judgment be entered under Rule 58 of the Federal Rules of Civil Procedure.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: September 28, 2026
Richmond, Virginia

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts refer to claimants by first name and last initial in social security cases.